## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **FLOOR AND DECOR OUTLETS** | ) | |
| **OF AMERICA, INC.,** | ) | |
| **a Delaware Corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **HADI M. TAFFAL d/b/a GRANITE** | ) | |
| **FLOOR & DECOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

Floor and Decor Outlets of America, Inc. ("Plaintiff") submits this

Complaint against Defendant Hadi M. Taffal d/b/a Granite Floor & Decor,

as follows:

## PARTIES

1.  Plaintiff, Floor and Decor Outlets of America, Inc., is a Delaware

corporation with its principal place of business at 2233 Lake Park Drive,

Suite 400, Smyrna, Cobb County, Georgia 30080.

2.  Defendant, Hadi M. Taffal, is an individual residing at 1055 Big

Spring Drive, Collin County, Allen Texas 75013.  Defendant-Taffal is doing

business as Granite Floor & Decor, which has its principal place of business at 1314 West McDermott Drive, Collin County, Allen, Texas 75013.

3.  Upon information and belief, Granite Floor & Decor is not owned or operated by any business entity or organization but is owned and operated by Defendant-Taffal individually.

4.  Upon information and belief, Defendant-Taffal registered Granite Floor & Decor as an assumed name in the Collin County Clerk's Office on October 29, 2014, listing his address as 1055 Big Spring Drive, Allen, Texas 75013.

## JURISDICTION AND VENUE

5.  This is a civil action arising under the Lanham Act, 15 U.S.C. § 1051 et seq. for intentional infringement and use of a federally registered trademark in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; false designation of origin and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and Texas common law; and, infringement of a Texas state trademark registration in violation of Section 16.26 of the Texas Business and Commerce Code.

6.  Since at least as early as June, 2015, Defendant has owned and operated a store under the mark GRANITE FLOOR & DECOR at 1314 West McDermott Drive, Allen, Texas 75013, providing kitchen, bathroom,

and related home remodeling services featuring granite countertops, tiles and flooring, and wood and porcelain flooring.  Defendant's GRANITE FLOOR & DECOR mark is confusingly similar to Plaintiff's federally registered FLOOR & DECOR Marks, which Plaintiff uses in connection with its retail stores featuring granite countertops, tiles and flooring, and wood and porcelain flooring.  Defendant's use of such a confusingly similar mark and trade name is not authorized by Plaintiff in any way.  Defendant's use of his GRANITE FLOOR & DECOR mark on his retail store and his use of the GRANITE FLOOR & DECOR trade name in commerce is likely to cause confusion and to deceive consumers and the public regarding the source of his services.

7.  This Court has subject-matter jurisdiction over the Lanham Act claims set forth herein under 28 U.S.C. §§ 1331 and 1338(a)-(b) and 15 U.S.C. § 1121(a), and over the related state statutory and common-law claims set forth below under the Court's supplemental jurisdiction pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).  Venue is proper in this district pursuant to 28 U.S.C. § 1391.  Acts giving rise to the causes of action alleged herein have occurred and are occurring in this district.

## **BACKGROUND**

## A.  **Plaintiff's FLOOR & DECOR Marks.**

8.  Plaintiff is the owner of federal trademark registrations in the U.S. Patent and Trademark Office for the word mark FLOOR & DECOR (Reg. Nos. 3,110,827 and 4,309,117), true and correct copies of which are attached hereto as Exhibit 1.  In addition, Plaintiff is the owner of federal trademark registrations for: (a) the FLOOR & DECOR Horizontal Logo (Reg. No. 4,514,307, a true and correct copy of which is attached hereto as Exhibit 2), as follows:



;

(b) the FLOOR & DECOR Stacked Logo (Reg. Nos. 3,102,586 and 3,848,810, true and correct copies of which are attached hereto as Exhibit 3), as follows:



; and,

(c) the FLOOR & DECOR Red Logo (Reg. No. 4,583,757, a true and correct copy of which is attached hereto as Exhibit 4), as follows:

.  The foregoing marks (collectively referred to herein as "the FLOOR & DECOR Marks") are registered for use in connection with both retail store services and on-line store services featuring flooring materials, wallcoverings, and related home-improvement accessories.  The foregoing Registration Nos. 3,110,827, 3,102,586, and 3,848,810 have become incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

9.  In addition to the aforementioned federal trademark registrations, Plaintiff is the owner of Texas state trademark Registration No. 800,392,373 for the mark FLOOR DECOR for use with "the sale of ceramic tile, wood floor, laminates, vinyl, stone, marble and granite."

10.  Plaintiff first began use of the word mark FLOOR & DECOR on a retail store featuring flooring, wallcoverings, and related materials in Atlanta, Georgia in May, 2001.  Plaintiff's flooring store concept did very well in the Atlanta market, and Plaintiff has aggressively expanded its FLOOR & DECOR store concept nationwide, opening a total of eighty-four (84) FLOOR & DECOR stores from 2001 to the present in Alabama, Arizona, California, Colorado, Florida, Georgia, Illinois, Kansas, Kentucky,

Louisiana, Maryland, North Carolina, New Jersey, Nevada, Ohio, Pennsylvania, Tennessee, Texas, Utah, Virginia, and Wisconsin.  All these stores have operated continuously since their openings to the present under the FLOOR & DECOR Marks.

11.  Plaintiff operates fifteen (15) stores under its FLOOR & DECOR Marks in Texas, including five (5) stores in the metropolitan Dallas area.  In particular, Plaintiff operates a FLOOR & DECOR store at 800A West 15th Street, Plano, Texas 75075 that is only approximately 6.4 miles from Defendant's GRANITE FLOOR & DECOR store.  Plaintiff's Plano store is shown in the following photograph:



In addition to Plaintiff's Plano store, Plaintiff also operates a FLOOR & DECOR store at 5651 State Highway 121, The Colony, Texas 75056 that is approximately twelve (12) miles from Defendant's store.

12.  In addition to its bricks-and-mortar stores, Plaintiff also operates

a website under its FLOOR & DECOR Marks at

http://www.flooranddecor.com that sells all the products available through

Plaintiff's physical stores.  Attached hereto as Exhibit 5 is a true and correct

copy of the Granite page at Plaintiff's website, showing some of the granite

tiles, sinks, and countertops Plaintiff sells.  Attached hereto as Exhibit 6 is

the Decoratives page at Plaintiff's website showing some of the other stone

bathroom and kitchen remodeling products Plaintiff sells.

13.  All Plaintiff's FLOOR & DECOR stores and its website sell:

wood and laminate flooring products; several kinds of tile floor and wall

coverings, including but not limited to granite, ceramic, porcelain, and

natural stone tiles; a wide variety of kitchen and bathroom decorative items,

including but not limited to granite and stone countertops and sinks; and

related products, including but not limited to installation tools.  Plaintiff's

FLOOR & DECOR stores also offer installation and design services in

connection with these products.  Plaintiff's FLOOR & DECOR stores and

website have sold hundreds of thousands of dollars of products in the trade

area of Defendant's GRANITE FLOOR & DECOR store.

14.  Advertising is a key ingredient of the Plaintiff's marketing

strategy, and Plaintiff has advertised its FLOOR & DECOR store services in

the metropolitan Dallas area pervasively.  In particular, since Plaintiff opened its first store in the metropolitan Dallas area in October, 2003, it has spent several million dollars advertising and promoting its FLOOR & DECOR Marks in the metropolitan Dallas area alone by newspaper, television, radio, direct mail, and Internet advertising, as well as use of free-standing store signs and billboards.

15.   Plaintiff's sales under its FLOOR & DECOR Marks have grown exponentially in the metropolitan Dallas area since its first Dallas store was opened and total hundreds of millions of dollars from October, 2003 to the present.

**B.  <u>The Defendant's Infringing Activities</u>.**

16.   Upon information and belief, Defendant opened his West McDermott Drive store in or about June, 2015 using the GRANITE FLOOR & DECOR mark on the face of the store as follows:



Defendant's GRANITE FLOOR & DECOR store provides kitchen,
bathroom, and related home remodeling services featuring granite
countertops, sinks, tiles and flooring, as well as wood and porcelain flooring
and wallcoverings.

17.  On July 29, 2016, immediately after learning of Defendant's
store, Plaintiff sent Defendant a cease-and-desist letter by Federal Express, a
true and correct copy of which is attached hereto as Exhibit 7, stating that
Defendant's GRANITE FLOOR & DECOR mark infringed Plaintiff's
FLOOR & DECOR Marks and requesting that Defendant immediately cease
all use of the term FLOOR & DECOR in connection with its store and
remodeling services.

18.  Defendant agreed on August 2, 2016 to stop using a mark on his store that was confusingly similar to Plaintiff's FLOOR & DECOR Marks and to change his store sign and all other uses of his trade name to a mark that would not infringe Plaintiff's FLOOR & DECOR Marks.  Defendant agreed to change his store sign and trade name within a reasonable period of time, but from August, 2016 to June, 2017 failed to make any such change to his store sign or trade name usage, despite repeated telephone conversations with and messages from Plaintiff.

19.  On June 12, 2017, Defendant again agreed to change his store sign and trade name usage to one that did not infringe Plaintiff's Marks and agreed to physically remove the term DECOR from his store sign no later than September 13, 2017, which Plaintiff confirmed in writing by letter dated June 13, 2017, a true and correct copy of which is attached hereto as Exhibit 8.  Defendant did cover up the term & DECOR on his store sign in June, 2017 with what appears to be a plastic bag, as follows:



Notwithstanding his agreement, however, Defendant did not physically remove the term & DECOR from his store sign by September 13, 2017 and still has not removed such term.  Placing a plastic bag over a part of Defendant's GRANITE FLOOR & DECOR mark is only a temporary and easily reversible measure that is not sufficient to eliminate a likelihood of confusion between the parties' marks.  Defendant has not permanently ceased use of his GRANITE FLOOR & DECOR mark as he promised to do no later than September 13, 2017, and his willful failure to do so is further evidence of his bad-faith infringement of Plaintiff's Marks.

20.  Not only has Defendant willfully failed to cease use of GRANITE FLOOR & DECOR on his store signs, but, upon information and belief, he has expanded his infringement of Plaintiff's Marks by launching a new

website in November, 2017 at http://www.granitefloordecor.com that

prominently features the GRANITE FLOOR & DECOR mark, as follows:



True and correct copies of the Home, Services, and Gallery pages of

Defendant's website are attached hereto as Exhibit 9.  Defendant's

continuing use of the GRANITE FLOOR & DECOR mark at his website is

in flagrant disregard of his agreement to transition away from this mark to

one that does not infringe Plaintiff's Marks.

21.  Upon information and belief, Defendant continues to use the

GRANITE FLOOR & DECOR mark in connection with advertising and

promotion of his store in willful violation of his agreement to cease use of the mark, including but not limited to on his Facebook page for the store. True and correct copies of pages from Granite Floor & Decor's Facebook page are attached hereto as Exhibit 10.

22.   Defendant's GRANITE FLOOR & DECOR mark is confusingly similar to Plaintiff's FLOOR & DECOR Marks.  The FLOOR & DECOR portion of Defendant's mark is identical to Plaintiff's FLOOR & DECOR word mark; the term GRANITE is a generic term that has little weight in distinguishing the parties' marks.  Defendant's formatting of his GRANITE FLOOR & DECOR mark focuses consumers' attention on the FLOOR & DECOR portion of the mark, relegating the generic term GRANITE to a secondary position both visually and in meaning.  Due to the similarity of the marks, internet searches for Plaintiff's stores and website mistakenly return search results directing consumers to Defendant's store and website. Further, Defendant's remodeling services involve the sale of the same kinds of products that Plaintiff sells through its stores and website and thus the parties' goods/services are very closely related, if not identical.

23.   Defendant's use of the GRANITE FLOOR & DECOR mark and trade name on its store signs, website, and other marketing channels is likely to cause confusion among consumers with Plaintiff's FLOOR & DECOR

stores and website, particularly in light of the close proximity of the Defendant's store with Plaintiff's Plano and The Colony stores.  Upon information and belief, Defendant's use of the GRANITE DECOR & FLOOR mark and trade name, or any confusingly similar variation thereof, is an attempt to pass off Defendant's store as Plaintiff's or as being licensed, approved, affiliated with, associated with, or sponsored by Plaintiff, and to use the drawing power and goodwill associated with Plaintiff's FLOOR & DECOR Marks to promote and divert customers to Defendant's store.

24.  Defendant's infringement of Plaintiff's Marks has been willful, deliberate, malicious, and in bad faith.  Defendant's infringement of Plaintiff's Marks has continued for more than a year and four months after Plaintiff first notified Defendant of the infringement of Plaintiff's federal trademark registrations for its FLOOR & DECOR Marks.  Defendant's infringement has also continued for more than a year and four months after Defendant agreed to cease use of his infringing mark.

## FIRST CLAIM FOR RELIEF
### (Infringement of a Federally Registered Trademark in Violation of 15 U.S.C. §§ 1114 and 1117)

25.  Plaintiff re-alleges and incorporates by reference the averments contained in all previous paragraphs as if fully set forth verbatim herein.

26.  The unauthorized use by Defendant of Plaintiff's FLOOR &
DECOR Marks on its store is likely to cause confusion, mistake, or
deception and thus infringes Plaintiff's trademark rights in its federally
registered marks under 15 U.S.C. § 1114.

27.  On information and belief, the actions of the Defendants have
been carried out in willful disregard of Plaintiff's rights in violation of 15
U.S.C. § 1114.

28.  Pursuant to 15 U.S.C. § 1117, Plaintiff seeks Defendant's profits
from its infringement, Plaintiff's damages, including lost profits, in an
amount exceeding the minimum jurisdictional limits of this Court, and the
costs of this action.  This is an exceptional case and due to the willful and
egregious nature of Defendant's past and continuing infringement of
Plaintiff FLOOR & DECOR Marks, Defendant should be assessed three (3)
times the damages awarded, plus Plaintiff's reasonable attorney's fees.

29.  The aforesaid acts of Defendant have caused and will continue to
cause irreparable injury to Plaintiff, for which it has no adequate remedy at
law, and unless such acts are enjoined by this Court pursuant to 15 U.S.C. §
1116 they will be continued and Plaintiff will continue to suffer irreparable
injury.

## SECOND CLAIM FOR RELIEF

**(Unfair Competition in Violation of 15 U.S.C. § 1125(a) and Texas State Common Law)**

30. Plaintiff re-alleges and incorporates by reference the averments contained in all previous paragraphs as if fully set forth verbatim herein.

31.  Defendant's unauthorized use of an identical or substantially identical mark to Plaintiff's in connection with services identical to Plaintiff's services is likely to cause the public to mistakenly believe that Defendant's business activities and services originate from, are sponsored by, or are in some way associated with the Plaintiff, constitute false designation of origin, and are likely to cause the Plaintiff's FLOOR & DECOR Marks to lose their significance as indicators of source of Plaintiff's services.  Defendant's infringing acts are conducted with full knowledge of Plaintiff's rights and thus constitute a willful infringement of Plaintiff's rights under 15 U.S.C. § 1125(a) and Texas state common law.

32.  By reason of the foregoing, Plaintiff has been injured in an amount not yet ascertained and is entitled to the remedies provided for in 15 U.S.C. § 1114 *et seq.*

**THIRD CLAIM FOR RELIEF**
**(Infringement of Texas State Trademark Registration in Violation of Section 16.26 of Texas Business and Commerce Code)**

33.  Plaintiff re-alleges and incorporates by reference the averments contained in all previous paragraphs as if fully set forth verbatim herein.

34.  Upon information and belief, Defendant's use of GRANITE FLOOR & DECOR is likely to cause confusion, mistake, or deception and thus infringes Plaintiff's trademark rights in its Texas state trademark Registration No. 800,392,373 for the mark FLOOR DECOR for use with the sale of ceramic tile, wood floor, laminates, vinyl, stone, marble and granite.

35.  By reason of the foregoing, Plaintiff has been injured in an amount not yet ascertained.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays:

a.    that judgment be awarded in Plaintiff's favor and against Defendant on all Claims of the Complaint;

b.    that Defendant, his agents, officers, directors, partners, distributors, servants, employees, and assigns, and all persons in active concert or participation with them, be preliminarily and permanently enjoined from infringing or diluting Plaintiff's FLOOR & DECOR Marks, or from using any other mark or other indicia which are likely to cause confusion, mistake or deception with respect to Plaintiff's FLOOR & DECOR Marks or to unfairly compete with Plaintiff's services or to pass off, palm off, or to assist in passing off or palming off, Defendant's services as

those of Plaintiff's, or otherwise continuing any and all acts of unfair

competition;

       c.     that Defendant be ordered to recall and cancel all

advertisements or other materials bearing a mark confusingly similar to

Plaintiff's FLOOR & DECOR Marks;

       d.     that Defendant be ordered to deliver up for impoundment and

for destruction all packaging, labels, bags, boxes, tags, signs, receptacles,

advertising, promotional materials, stationery or other materials in the

possession, custody or control of Defendant that are found to adopt, to

infringe, or to dilute any of Plaintiff's Marks, trade dress or that otherwise

unfairly compete with Plaintiff and its services;

       e.     that Defendant be directed to file with this Court and serve on

Plaintiff within thirty (30) days after service of the injunction, a report in

writing, under oath, setting forth in detail the manner and form in which the

Defendant has complied with the injunction;

       f.     that Defendant be required to account for and pay over to

Plaintiff all gains, profits and advantages realized as a result of the

Defendant's infringing acts;

       g.     that Defendant be required to pay to Plaintiff such damages as

Plaintiff has sustained as a consequence of Defendant's acts of trademark

infringement and unfair competition, including increased or punitive

damages pursuant to 15 U.S.C. § 1117 and common-law unfair competition

law.

      h.     that Defendant be required to pay Plaintiff's costs, expenses

and reasonable attorney's fees in connection with this action as provided in

15 U.S.C. § 1117;

      i.     that Plaintiff be awarded all costs of this action and that

Plaintiff be awarded all expenses incurred in this litigation, including

reasonable attorney's fees; and,

      j.     for such other relief as the Court deems just and equitable.

This 20th day of December, 2017.

PAUL OWENS & ASSOCIATES

/s/ Paul S. Owens
Paul S. Owens, Esq. (*pro hac vice*
    application pending)
Georgia Bar Number 557525

P.O. Box 15310
Atlanta, Georgia 30333
Telephone: (404) 370-9800
E-mail: psowens@bellsouth.net

Attorney for Plaintiff—Floor and Decor Outlets of America, Inc.

# Exhibit 1



# United States of America

## United States Patent and Trademark Office

# FLOOR & DECOR

**Reg. No. 4,309,117**
**Registered Mar. 26, 2013**
**Amended Mar. 15, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLOOR AND DECOR OUTLETS OF AMERICA, INC. (DELAWARE CORPORATION)
SUITE 400
2233 LAKE PARK DRIVE
SMYRNA, GA 30080

FOR: RETAIL AND ON-LINE STORE SERVICES FEATURING FLOORING AND
WALLCOVERING MATERIALS AND RELATED HOME-IMPROVEMENT ACCESSORIES,
IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,102,586, 4,514,307 AND OTHERS.

SEC. 2(F).

SER. NO. 85-702,181, FILED 8-13-2012.



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# FLOOR & DECOR OUTLETS

**Reg. No. 4,309,117**

**Registered Mar. 26, 2013**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLOOR AND DECOR OUTLETS OF AMERICA, INC. (GEORGIA CORPORATION)
SUITE 400
2233 LAKE PARK DRIVE
SMYRNA, GA 30080

FOR: RETAIL AND ON-LINE STORE SERVICES FEATURING FLOORING AND WALLCOVERING MATERIALS AND RELATED HOME-IMPROVEMENT ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,102,587, 3,848,810 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OUTLETS", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-702,181, FILED 8-13-2012.

ZACHARY CROMER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# **Exhibit 2**

# United States of America

## United States Patent and Trademark Office



**FLOOR & DECOR**

**Reg. No. 4,514,307**

**Registered Apr. 15, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLOOR AND DECOR OUTLETS OF AMERICA, INC. (DELAWARE CORPORATION)
SUITE 400
2233 LAKE PARK DRIVE
SMYRNA, GA 30080

FOR: RETAIL STORE SERVICES FEATURING FLOORING, WALLCOVERINGS, AND RE-LATED HOME-IMPROVEMENT ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-2011; IN COMMERCE 10-0-2011.

OWNER OF U.S. REG. NOS. 3,102,586, 3,110,827, AND 3,848,810.

THE COLOR(S) BLACK, WHITE, AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "FLOOR" AND "DECOR" IN BLACK LETTERS WITH AN AMPERSAND IN WHITE ON A RED BACKGROUND BETWEEN THE WORDS.

SEC. 2(F).

SER. NO. 86-058,145, FILED 9-6-2013.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# **Exhibit 3**

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,102,586

Registered June 13, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



FLOOR AND DECOR OUTLETS OF AMERICA, INC. (GEORGIA CORPORATION)
245 TOWNPARK DRIVE, SUITE 400
KENNESAW, GA 30144

FOR: RETAIL STORE SERVICES FEATURING FLOORING MATERIALS AND RELATED HOME IMPROVEMENTS ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-0-2003; IN COMMERCE 3-0-2003.

THE DRAWING OF THE MARK IS LINED FOR THE COLOR RED. COLOR IS CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F) AS TO "FLOOR & DECOR".

SER. NO. 76-529,312, FILED 7-14-2003.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,848,810**

**Registered Sep. 14, 2010**

**Amended Mar. 8, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLOOR AND DECOR OUTLETS OF AMERICA, INC. (DELAWARE CORPORATION)
SUITE 400
2233 LAKE PARK DRIVE
SMYRNA, GA 30080

FOR: RETAIL STORE SERVICES FEATURING FLOORING MATERIALS AND RELATED HOME-IMPROVEMENT ACCESSORIES; ONLINE RETAIL STORE SERVICES FEATURING FLOORING MATERIALS AND RELATED HOME-IMPROVEMENT ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-31-2009, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 03/00/2003.; IN COMMERCE 5-31-2009, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 03/00/2003..

OWNER OF U.S. REG. NOS. 3,046,691, 3,110,826 AND OTHERS.

THE COLOR(S) RED, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "FLOOR" AND "DECOR" IN BLACK LETTERS ON A WHITE BACKGROUND; TO THE RIGHT OF THESE WORDS IS AN AMPERSAND IN WHITE ON A RED BACKGROUND.

SEC. 2(F) AS TO "FLOOR & DECOR".

SER. NO. 77-818,768, FILED 9-2-2009.



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL
## TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# **Exhibit 4**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,583,757**

**Registered Aug. 12, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLOOR AND DECOR OUTLETS OF AMERICA, INC. (DELAWARE CORPORATION)
SUITE 400
2233 LAKE PARK DRIVE
SMYRNA, GA 30080

FOR: RETAIL STORE SERVICES FEATURING FLOORING AND WALLCOVERING MATER-
IALS AND RELATED HOME-IMPROVEMENT ACCESSORIES, IN CLASS 35 (U.S. CLS. 100,
101 AND 102).

FIRST USE 10-1-2005; IN COMMERCE 10-1-2005.

OWNER OF U.S. REG. NOS. 3,102,586, 3,848,810 AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "FLOOR" AND "DECOR" IN RED LETTERS
STACKED ON TOP OF EACH OTHER WITH AN AMPERSAND THE FULL HEIGHT OF THE
STACKED WORDS IN WHITE ON A RED BACKGROUND TO THE RIGHT OF THE WORDS.

SEC. 2(F).

SER. NO. 86-146,521, FILED 12-17-2013.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# **Exhibit 5**


# FLOOR & DECOR

Login | Register    Atlanta | Find A Store    Contact Us



| TILE | STONE | WOOD | LAMINATE & VINYL | DECORATIVES | INSTALLATION MATERIALS |

Get **inspired**    Visit Our Inspiration Center    Schedule a Free Design Consultation    View My Project Lists

HOME  /  SHOP BY TYPE  /  GRANITE

## GRANITE TILE



### GRANITE

More About Stone


18 MONTHS FINANCING

NO INTEREST IF PAID IN FULL WITHIN 18 MONTHS.

On in store purchase of $999 or more with your Floor & Decor credit card made now through 12/31/17.

*SUBJECT TO CREDIT APPROVAL. MINIMUM MONTHLY PAYMENTS REQUIRED. SEE AN ASSOCIATE FOR DETAILS.

LEARN MORE

**Narrow Your Results**
- Color +
- Approximate Size +
- Shape +
- Edge +
- Clearance +

FAQs
Articles
Patterns
Videos
Visualizer

Shop: ● All Products (21)   Atlanta (7) Change

Sort by: Most Popular    21 Results

**Luna Pearl Granite Tile**
SKU: 921100394
Size: 12in. x 12in.
**$1.88** /sqft
View Details   Compare

**Absolute Black Honed Granite**
SKU: 100199068
Size: 12in. x 12in.
**$3.99** /sqft
View Details   Compare

**Absolute Black Granite Tile**
SKU: 921100004
Size: 12in. x 12in.
**$3.79** /sqft
View Details   Compare



**Absolute Black Granite Tile**
SKU: 921101309
Size: 18in. x 18in.
**$2.99** /sqft
View Details   Compare

**Tan Brown Granite Tile**
SKU: 921103615
Size: 12in. x 12in.
**$5.99** /sqft
View Details   Compare

**Venetian Gold Granite Tile**
SKU: 921108905
Size: 12in. x 12in.
**$6.29** /sqft
View Details   Compare

**Impala Black Granite Tile**
SKU: 100199692
Size: 12in. x 12in.
**$3.19** /sqft
View Details   Compare

**Absolute Black Polished Granite Tile**
SKU: 931100284
Size: 12in. x 12in.
**$0.69** /piece
View Details   Compare

**Nero Athena Polished Granite Tile**
SKU: 100411661
Size: 12in. x 24in.
**$6.49** /sqft
View Details   Compare



**Luna Pearl Polished Granite Tile**
SKU: 100611996
Size: 12in. x 12in.
**$2.69** /sqft
View Details   Compare

**Yellow Star Granite Tile**
SKU: 921100593
Size: 12in. x 12in.
**$3.49** /sqft
View Details   Compare

**Galaxy Black Granite Tile**
SKU: 921104559
Size: 12in. x 12in.
**$6.99** /sqft
View Details   Compare

**Nero Athena Brushed Granite Tile**
SKU: 100411668
Size: 12in. x 24in.
**$6.99** /sqft
View Details   Compare

**Absolute Black Granite Tile**
SKU: 100202709
Size: 18in. x 18in.
**$6.99** /sqft
View Details   Compare

**Ubatuba Select Granite Tile**
SKU: 921100101
Size: 12in. x 12in.
**$5.99** /sqft
View Details   Compare

CLEARANCE

**Absolute Black Granite Threshold**
SKU: 100227894
Size: 2in. x 36in.
**$10.99** /piece
View Details   Compare

CLEARANCE

**Castello Polished Granite Tile**
SKU: 100074251
Size: 12in. x 12in.
**$3.78** /sqft
View Details   Compare

CLEARANCE

**Bracciano Polished Granite Tile**
SKU: 100074277
Size: 12in. x 12in.
**$5.49** /sqft
View Details   Compare

CLEARANCE

**Kashmir White Leather Granite Tile**
SKU: 100074280
Size: 12in. x 12in.
**$2.48** /sqft
View Details   Compare

CLEARANCE

**Nero Athena Vein Cut Brushed Granite Tile**
SKU: 100069733
Size: 12in. x 24in.
**$6.98** /sqft
View Details   Compare

CLEARANCE

**Nero Athena Polished Granite Tile**
SKU: 100094293
Size: 12in. x 24in.
**$6.48** /sqft
View Details   Compare

Granite tiles are attractive, durable and versatile, and come in many colors and styles. They are ideal for decorating in a rustic-themed room, and are resistant to stains and moisture. Granite tiles are perfect for floors and throughout your home.

**Turn to Granite Tile for the Ultimate in Style, Function and Strength**

Granite tiles are attractive, durable and versatile, and come in many colors and styles. They are resistant to stains and moisture, so can be used in a number of rooms.

**Granite's Impressive Track Record**

Builders and decorators have relied on the beauty, strength and quality of the granite for centuries. And its popularity in residential homes and businesses has grown in the past decade. From ancient Egyptian pyramids to modern commercial flooring, structures featuring granite are breathtakingly beautiful and nearly indestructible.

Its density and durability make granite highly resistant to damage and signs of wear because it contains the minerals quartz, mica and feldspar. Dispersed throughout the stone, they lend a sparkling, crystalline appearance under natural and artificial light.

Polished granite tiles are an elegant and practical choice for fireplaces, basements, hallways, foyers and kitchen and bathroom floors or backsplashes.

**The Benefits of Granite Tiles**

- **Exceptional Durability and Resiliency:** Granite tile is tough and stain-resistant.
- **Heat-Resistant:** Tiles withstand high temperatures without sustaining damage.
- **Unique Patterns:** Every tile is different and features distinctive mottling, iridescent flecks or veining.
- **Neutral Shades:** Granite tiles are available in natural, neutral hues that fit virtually any color scheme.
- **Moisture-Resistant:** Tiles resist scratches, chips and damage from high traffic exposure.
- **Acid-Resistant:** Tiles are not harmed by most acidic foods or liquids.
- **Antibacterial Surface:** Tiles are less likely to harbor bacteria.
- **Increases Home Value:** Natural stone boosts both aesthetic appeal and market value.
- **Cost-Effective:** For kitchen counters, these tiles are less expensive and easier to install than granite slabs.
- **Life-Long Shine:** With proper care, the polished surface remains intact for the life of the tile.
- **Easy Maintenance:** Tiles can be cleaned with a damp sponge and mild detergent. Periodic sealing is required.



STAY IN TOUCH

JOIN NOW

**COMPANY INFO**
About Us
Investor Relations
Global Responsibility
Career Opportunities

**CATALOGS**
Catalog Archive

**POLICIES**
Return Policy
Shipping Policies
Storage & Pick up Policy
Damage Policy
Terms & Conditions
Your Privacy Rights

**MY ACCOUNT**
Login to manage your personal information or to check an order.

**MY PROJECTS**
My Project Lists

**CUSTOMER CARE**
Customer Service FAQ
Design Services
Pro Services
Installation
Credit Center
Gift Cards
Check Order Status

© 2017 Floor & Decor. All Rights Reserved.   Site Map

# **Exhibit 6**

# FLOOR & DECOR

Login | Register    Atlanta | Find A Store    Contact Us

Search Floor & Decor

| TILE | STONE | WOOD | LAMINATE & VINYL | DECORATIVES | INSTALLATION MATERIALS |

Get **Motivated**    Visit Our Inspiration Center    Schedule a Free Design Consultation    View My Project Lists

## DECORATIVES

**Narrow Your Results**

- Color +
- New Arrivals +
- Materials +
- Product Type +
- Approximate Size +
- Look +
- Shape +
- Edge +
- Clearance +

**More About Decoratives**



? FAQs

Articles

Videos



DECORATIVES

## SHOP DECORATIVES BY POPULAR PROJECT


BACKSPLASH


MOSAICS


COUNTERTOPS

## SHOP DECORATIVES BY MATERIAL


PORCELAIN & CERAMIC


GLASS


STONE

## SHOP DECORATIVES BY TRENDS


SUBWAY TILES


ARABESQUE


WALL TILE


METALLIC


PEBBLE STONE


WATER JET

## SHOP DECORATIVES BY ACCESSORIES


FINISHING


MEDALLION


SINKS



TILE & STONE VISUALIZER

START DESIGNING

You can add beauty to a room by easily updating it with our wide range of decorative wall and flooring options. These small touches mean you don't have to live with plain walls and drab floors. Give the surfaces of your home a more personal look. As a specialty retailer of hard surface flooring, we have the largest selection of decorative ceramic and glass tiles, vanity tops, sinks, backsplashes, mosaics and medallions that are in stock and ready to ship to you today.

## EVERYDAY LOW PRICES. PERIOD.


**STAY IN TOUCH**
TRENDS | EVENTS | NEW PRODUCTS
JOIN NOW

**COMPANY INFO**
About Us
Investor Relations
Global Responsibility
Career Opportunities

**CATALOGS**
Catalog Archive

**POLICIES**
Return Policy
Shipping Policy
Storage & Pick up Policy
Damages Policy
Terms & Conditions
Your Privacy Rights

**MY ACCOUNT**
Login to manage your personal information or to check on an order.

**MY PROJECTS**
My Project Lists

**CUSTOMER CARE**
Contact Us
Customer Service FAQ
Design Services
Pro Services
Installation
Credit Center
Gift Cards
Check Order Status

© 2017 Floor & Decor. All Rights Reserved.   Site Map

   

# **Exhibit 7**



Telephone: 404-370-9800
Fax: 404-370-9801
E-mail: psowens@bellsouth.net

Mailing address:
P.O. Box 15310
Atlanta, GA
30333-0310 U.S.A.

July 29, 2016

**<u>BY FEDERAL EXPRESS (#8769-0602-6400)</u>**

Mr. Hadi Taffal, Owner
Granite Floor & Decor
1314 W. McDermott Drive
Allen, TX 75013

   Re:  GRANITE FLOOR & DECOR Trademark

Dear Mr. Taffal:

   This firm represents Floor and Decor Outlets of America, Inc. ("Floor and Decor") of Smyrna, Georgia in connection with its intellectual property matters.

   It has recently come to our attention that you are operating a store in Allen, Texas under the trademark GRANITE FLOOR & DECOR as follows:



In addition, you are using the same trademark in your advertising for this store, at your Facebook page, and in other promotional materials.

Mr. Hadi Taffal
July 29, 2016
Page 2 of 3



     We are writing to let you know that FLOOR & DECOR is a registered trademark belonging Floor and Decor, which has the exclusive right to use this mark in the United States. Floor and Decor is the owner of incontestable U.S. federal trademark registrations for both the word mark FLOOR & DECOR (Reg. No. 3,110,827) and the FLOOR & DECOR Logo (Reg. No. 3,102,586), both for use in connection with "retail store services featuring flooring materials and related home-improvement accessories." Under the Lanham Act, the federal trademark statute, a registration for a mark that has become incontestable "shall be conclusive evidence of the registrant's ownership of the mark, and of the registrant's <u>exclusive</u> right to use the registered mark in commerce" in the United States. 15 U.S.C. §1115(b).

     As you probably know, Floor and Decor is a "big box" retailer of hard-surface flooring materials and related home-improvement products, and owns and operates more than sixty-five (65) stores across the United States, including twelve (12) stores in Texas. Floor and Decor's store in Plano is only 6.4 miles from your store. In the past ten years, Floor and Decor has spent millions of dollars advertising its FLOOR & DECOR stores on the Internet, in newspapers, and on radio, television, and billboards. As a result of Floor and Decor's long use and extensive advertising of its FLOOR & DECOR mark, and its substantial sales under the mark, the FLOOR & DECOR mark has become very well known in the United States, and particularly well-known to customers in the greater Dallas-Fort Worth area.

     Although you may not have realized it when you adopted the trademark for your store, GRANITE FLOOR & DECOR is an impermissible infringement on Floor and Decor's FLOOR & DECOR trademarks. Your GRANITE FLOOR & DECOR mark incorporates all of Floor and Decor's FLOOR & DECOR mark. Your use of GRANITE FLOOR & DECOR threatens to cause confusion among consumers with Floor and Decor's FLOOR & DECOR marks and to dilute Floor and Decor's marks in the marketplace, thereby threatening to divert consumers from Floor and Decor's stores to your store and weakening the distinctiveness of Floor and Decor's marks.

     Having devoted substantial resources to developing consumer recognition of its FLOOR & DECOR marks and in light of its rapidly expanding business, Floor and Decor must take all steps necessary to protect its intellectual property rights. Floor and Decor would prefer to resolve this matter with you amicably and informally. We hope that you will recognize the validity and immediacy of Floor and Decor's concerns and promptly take corrective action. In that regard, we request written confirmation **by Friday, August 12** that you will immediately cease all use of the term FLOOR & DECOR in connection with your store, advertising, Facebook page and other promotional materials.

     Thank you for your attention to this matter. I look forward to hearing from you soon and to resolving this matter promptly.

Very truly yours,

Paul S. Owens

Mr. Hadi Taffal
July 29, 2016
Page 3 of 3



Cc:    David Christopherson, Esq.
          General Counsel
      Floor and Decor Outlets of America, Inc.
      2233 Lake Park Drive
      Suite 400
      Smyrna, GA 30080

# **Exhibit 8**



**Paul Owens & Associates**

Law Office • 390 Chelsea Circle • Atlanta, GA 30307

Telephone: 404-370-9800
Fax: 404-370-9801
E-mail: psowens@bellsouth.net

Mailing address:
P.O. Box 15310
Atlanta, GA
30333-0310 U.S.A.

June 13, 2017

**BY EMAIL (HadiTaffal@hotmail.com) AND FEDERAL EXPRESS (#8769-0602-6514)**

Mr. Hadi Taffal, Owner
Granite Floor & Decor
1314 W. McDermott Drive
Allen, TX 75013

Re:  GRANITE FLOOR & DECOR—Trademark Infringement

Dear Mr. Taffal:

This letter is to confirm our telephone conversation that you will cover and obscure the DECOR portion of the GRANITE FLOOR & DECOR sign at your McDermott Drive store within ten (10) days of the date of this letter—that is, **no later than June 23, 2017**.  I also understand from our telephone conversation that you will physically remove the DECOR portion of the sign from your store within three months of the date of this letter—that is, **no later than September 13, 2017**.

Floor and Decor first contacted you in connection with the infringement of its FLOOR & DECOR marks in August, 2016, and has been very patient with you in connection with making this transition to a non-infringing trademark.  Given the generous amount of time Floor and Decor has given you to adopt a new mark, we consider the foregoing dates to be hard dates to complete the promised changes to your store sign.  Floor and Decor personnel will be monitoring your compliance with the changes to your store sign set forth above.  If the foregoing changes have not been made by the respective dates, Floor and Decor has authorized us to take all appropriate action to protect its rights under federal and state law.  Thank you for your attention to this matter.

Very truly yours,

Paul S. Owens

# **Exhibit 9**

GRANITE
FLOOR & DECOR

Home      Our Company ▾      Services ▾      Pricing      Gallery      Contact Us



## CUSTOM CABINETS

AT GRANITE FLOOR & DECOR, WE WORK WITH THE CUSTOMER TO PROVIDE SOLUTIONS FOR THEIR NEXT REMODELING PROJECT, INCLUDING THEIR KITCHEN, BATHROOM, COUNTERTOP, AND FLOORING NEEDS.



 

Services ▾    Pricing    Gallery    Contact Us

# SERVICES

⌂ Home / Services

## OUR SERVICES



### KITCHEN REMODELS

If you have been considering a kitchen remodel and don't know where to start, Granite Floor & Decor has the expertise to guide you through the process to design and build the kitchen of your dreams. We will help you design and remodel your kitchen with high quality products, installed by experienced and knowledgeable craftsmen, and supervised by project managers working with professional plans drawn by our own kitchen design team.



### BATHROOM REMODELS

Whether you have a precise picture in your mind of what you want in the perfect bathroom or you would like our bathroom designers to show you what is available, Granite Floor & Decor can build or transform your existing bathroom into a well-designed luxurious retreat that is as functional as it is beautiful.

### TILE INSTALLATION

Our knowledgeable staff truly cares about your tile installation project. For this reason, we offer expert advice and well trained and prepared professional installers for your ceramic, porcelain, or natural stone tile installation projects.

### HARDWOOD FLOORS

Adding hardwood floors is an excellent way to increase the beauty and elegance of your space and can add long-lasting value. Our professional hardwood floor specialists and installers will assist you in every way.

"I just wanted to say thank you for everything you did to get my kitchen counters done. Dave and I really appreciated the time you spent with us to make sure everything turned out exactly as we wanted. We love how the kitchen looks and are so happy that you suggested making the ledge above the sink smaller so that we could better utilize the bar. It's perfect, as was your customer service."

CYNDI | PLANO, TX

● ● ●

## PROJECT SHOWCASE

  

## OUR PARTNERS

     

Granite Floor & Decor. Copyright 2017.

# GALLERY

🏠 Home / Gallery

ALL | BATHROOMS | CABINETS | COUNTERS | FLOORS | KITCHENS

STONE WORK | TILE

   

   

   

   

   

   

   

   

   



# Exhibit 10





**facebook**   Sign Up

Email or Phone          Password

Forgot account?          Log In

 **Texas Granite Direct/Granite Floor & Decor** added **2 new photos**.

July 27, 2015 · 🌐

Now in Allen !
1314 w. McDermott dr 140
Allen TX 75013



7 Likes   1 Comment   1 Share

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾

Facebook © 2017