# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **FLOOR AND DECOR OUTLETS OF AMERICA, INC.**, a Delaware Corporation, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:17CV879-ALM-KPJ |
| **HADI M. TAFFAL d/b/a GRANITE FLOOR & DECOR**, | § § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 26, 2018, the report of the Magistrate Judge (Dkt. #12) was entered containing proposed findings of fact and recommendations that the parties' Joint Motion for Entry of Consent Final Judgment and Permanent Injunction (the "Motion") (Dkt. 10) be granted and the proposed Consent Final Judgment and Permanent Injunction (Dkt. 10-1) be entered.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the parties' Joint Motion for Entry of Consent Final Judgment and Permanent Injunction (the "Motion") (Dkt. 10)

is **GRANTED**, and the parties' proposed Consent Final Judgment and Permanent Injunction (Dkt. 10-1) shall be entered.

**IT IS SO ORDERED**.

**SIGNED this 19th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE